**No. 47061.**—Protests 75247–K, etc., of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the atomizers in question are composed in chief value of decorated glass and are similar to those the subject of Abstract 44140 the claim at 60 percent under paragraph 218 (f) was sustained.